ORIGINAL

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Criminal Section

MORGAN L. EARLY #10104
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Morgan.Early@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 07 2017
at 12 o'clock and 46 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 17-00513 JMS |
| Plaintiff, | INDICTMENT |
| vs. | (18 U.S.C. §§ 1470, 2251(a) and (e), 2261A(2)(B), 2252A(a)(2)(A) and (b)(1), and 2252A(a)(5)(B)) |
| CHRISTOPHER ERNEST FOX, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Transfer of Obscene Material to a Minor**

On exact dates unknown, but sometime between August 1, 2016 and November 28, 2016, in the District of Hawaii, the defendant,

CHRISTOPHER ERNEST FOX, did, by means of interstate commerce, knowingly transfer obscene material to another individual who had not attained the age of 16 years, specifically, Minor Victim #1, knowing that she had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 2
## Sexual Exploitation of Children

On exact dates unknown, but sometime between August 1, 2016 and November 28, 2016, in the District of Hawaii, the defendant, CHRISTOPHER ERNEST FOX, did knowingly employ, use, persuade, induce, entice and/or coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, and did attempt to do so, knowing or having reason to know that such visual depictions would be transported and transmitted using a means or facility of interstate or foreign commerce, or were transported in or affecting interstate and foreign commerce, or which visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3
## Cyberstalking

From approximately August 1, 2016 until November 28, 2016, in the District of Hawaii and elsewhere, the defendant, CHRISTOPHER ERNEST FOX, with the intent to harass, intimidate, and/or place under surveillance with intent to harass or intimidate another person, specifically, Minor Victim #1, did use an interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to her.

All in violation of Title 18, United States Code, Sections 2261A(2)(B).

## COUNT 4
## Distribution of Child Pornography

On or about November 28, 2016, in the District of Hawaii and elsewhere, the defendant, CHRISTOPHER ERNEST FOX, did knowingly distribute and attempt to distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or

affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 5
### Possession of Child Pornography

On or about July 15, 2017, in the District of Hawaii and elsewhere, the defendant, CHRISTOPHER ERNEST FOX, knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

//
//
//
//

DATED: SEP 0 7 2017 , Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

/s/ Thomas J. Brady
THOMAS J. BRADY
Chief, Criminal Section

/s/ Morgan L. Early
MORGAN L. EARLY
Assistant United States Attorney

UNITED STATES v. CHRISTOPHER ERNEST FOX
Cr. No.
"Indictment"

5